■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUCIAN BAYNES, Appellant.— Appeal by Lucian Baynes from a judgment of the Supreme Court, Queens County, entered November 3, 1969, which summarily adjudged him guilty of criminal contempt of court and sentenced him to a 30-day jail term and a fine of $250, plus further confinement should the fine not be paid. Judgment modified, on the law, by striking therefrom the $250 fine and the further alternative confinement. As so modified, judgment affirmed, without costs (*Williams* v. *Illinois,* 399 U. S. 235). Rabin, P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.